**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ashley Nicole Ortega-Smith and Gregory Smith, Jr.,
Defendants,

Of whom Ashley Nicole Ortega-Smith is the Appellant.

In the interest of a minor under the age of 18.

Appellate Case No. 2023-001161

———————————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-379
Submitted November 13, 2023 – Filed November 29, 2023

———————————

**AFFIRMED**

———————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Kimberly Welchel Pease, of Kimberly R. Welchel,
Attorney At Law, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:**  Ashley Nicole Ortega-Smith appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.